IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
*EX. REL.* JAMES DIETER and
KAREN SCHWENKE,

    Relators,

CIVIL ACTION NO. 22 CV 240

CITY OF MILWAUKEE,
CITY OF MILWAUKEE COMMUNITY
DEVELOPMENT GRANTS ADMINISTRATION,
HOUSING AUTHORITY of the CITY OF MILWAUKEE,
MILWAUKEE COUNTY, and
MILWAUKEE COUNTY HEALTH AND HUMAN SERVICES HOUSING DIVISION,

    Defendants.

## DECLARATION OF SHANNON D. MCDONALD

I, Shannon D. McDonald, hereby state and declare as follows:

1. I am the lead attorney for the Relators in the above-captioned action and give this Declaration in support of Relators' Civil L.R. 7(h) Expedited Non-Dispositive Motion for Enlargement of Time for Relators to Respond to Defendants' Motions to Dismiss.

2. This case presents unique and complex legal issues. Responding to a single motion to dismiss within 21 days would be difficult. However, responding to three motions to dismiss simultaneously would be next to impossible. I have trial preparation and trial scheduled for a case pending in Washington County Circuit Court from December 5, 2022 – December 15, 2022. My calendar also is impacted by the year-end holiday season.

3. I conferred with counsel for Defendants by email prior to filing the instant motion. Counsel for Defendants do not oppose this motion.

4. I declare under penalty of perjury that the foregoing is true and correct.

_____
Shannon D. McDonald

Date: 11/30/2022